# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| TAMMY WARD, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>LIFE LINE BILLING SYSTEMS, LLC, d/b/a LIFEQUEST SERVICES,<br><br>　　　　　Defendant. | Case No.: 15-cv-1213<br><br>**STIPULATION OF DISMISSAL**<br><br><br>Hon. Pamela Pepper |

　　　　Plaintiff Tammy Ward, by counsel, Ademi & O'Reilly, LLP, and Defendant Life Line Billing Systems, LLC, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1), that all claims in this action against Defendant Life Line Billing Systems, LLC, are dismissed without prejudice and without costs to any party. No certified class presently exists in this case, no class is impacted by this dismissal, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply.

Respectfully submitted this 25th day of February 2015.

| ADEMI & O'REILLY, LLP | BASSFORD REMELE, PA |
|---|---|
| /s/_John D. Blythin__<br>Shpetim Ademi (SBN 1021729)<br>John D. Blythin (SBN 1046105)<br>Mark A. Eldridge (SBN 1089944)<br>Denise L. Morris (SBN 1097911)<br>3620 East Layton Avenue<br>Cudahy, WI 53110<br>Tel: (414) 482-8000<br>Fax: (414) 482-8001<br>E-mail: jblythin@ademilaw.com<br>*Attorneys for Plaintiff* | s/_Michael A. Klutho__<br>Michael A. Klutho<br>33 South Sixth Street, Suite 3800<br>Minneapolis, MN 55402-3707<br>(612) 376-1619 direct<br>(612) 746-1219 fax<br>mklutho@bassford.com<br><br>*Attorneys for Defendant* |